UNITED STATES DISTRICT COURT
NIRTHERN DISTRICT OF OHIO

------------------------------------------------------

SAFETY POINT PRODUCTS, LLC et al.

       *Plaintiffs*,

vs.

DOES 1-14, DOES 15-96, DOES 97-177, & DOES 178-197,

       *Defendants.*

------------------------------------------------------

CASE NOS. 1:12-CV-2812, 1:12-CV-2820; 1:12-CV-2831; 1:12-CV-2894

ORDER

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiffs filed four lawsuits against a number of unnamed plaintiffs in connection with the use of BitTorrent to download portions of Plaintiffs' copyrighted work. On April 4, 2013, this Court severed Plaintiffs' claims against the unnamed defendants.[1/] The Court instructed Plaintiffs to notify the Court as to which defendant shall remain in each of the four cases. Plaintiffs have not responded.

Plaintiffs are hereby ordered to notify the Court within seven days from the date of this order as to which defendant shall remain in each of the four cases. Otherwise, the cases will be dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 15, 2013                   s/ *James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE

---

[1/]Case nos. 1:12-CV-2812, doc. 9; 1:12-CV-2820, doc. 9; 1:12-CV-2831, doc. 10; 1:12-CV-2894, doc. 8.

-1-